IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TAMIKA CANADY,** : | |
|     **Plaintiff,** : | |
| : | |
|     v. : | **Case No. 2:21-cv-5405** |
| : | |
| **CREDIT ACCEPTANCE CORP,** : | |
|     **Defendant.** : | |

### ORDER

AND NOW, this 6thday of January, 2022, upon consideration of Plaintiff Tamika Canady's Motion To Proceed *In Forma Pauperis* (ECF No. 6), and Complaint (ECF No. 1) it is **ORDERED** as follows:

1. The Motion To Proceed *In Forma Pauperis* (ECF No. 6) is **GRANTED**, and the Complaint is **DEEMED** filed;

2. The Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons in the accompanying Memorandum;

3. Ms. Canady may file an amended complaint within on or before February 4, 2022.  Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Ms. Canady's claims against each defendant.  The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim.  When drafting her amended complaint, Ms. Canady should be mindful of the Court's reasons for dismissing the claims in her initial Complaint as explained

in the Court's Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until the Court so orders;

4. The Clerk of Court shall send Ms. Canady a blank copy of this Court's current standard form to be used by a self-represented litigant filing a civil action bearing the above-captioned civil action number. Ms. Canady may use this form to file her amended complaint if she chooses to do so;

5. If Ms. Canady does not wish to amend her Complaint and instead intends to stand on her Complaint as originally pled, she may file a notice with the Court (by no later than February 4, 2022) stating that intent, at which time the Court will issue a final order dismissing the case. Any such notice should be titled "Notice to Stand on Complaint," and shall include the civil action number for this case; and

6. If Ms. Canady fails to file any response to this Order, the Court will conclude that she intends to stand on her Complaint and will issue a final order dismissing this case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**